[No. 9301–8–III.   Division Three.   April 25, 1989.]

LARRY HULL, ET AL, *Respondents,* v. THE DEPARTMENT OF GAME, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 87–2–00555–0, Howard Hettinger, J., entered April 1, 1988. *Affirmed in part* and *remanded* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Green, J.

[No. 9059–1–III.   Division Three.   April 25, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH R. WISE, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 87–1–00174–4, Clinton J. Merritt, J., entered January 8, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Munson, J.

[No. 9219–4–III.   Division Three.   April 25, 1989.]

*In the Matter of the Personal Restraint of* JEFFREY HEATH, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Thompson, C.J., concurred in by Green and Shields, JJ.